■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTHER HERSHKO, Appellant. [931 NYS2d 884]—

Where a defendant knowingly, voluntarily, and intelligently waives the right to appeal as part of a bargained-for plea agreement, the waiver will be upheld by the courts (*see People v Walters*, 84 AD3d 984 [2011], *lv denied* 17 NY3d 823 [2011]; *People v Russell*, 60 AD3d 706 [2009]). Here, the defendant's valid waiver of her right to appeal forecloses review of the claims she seeks to raise (*see People v Walters*, 84 AD3d 984 [2011]; *People v Haynes*, 70 AD3d 718 [2010]; *People v Moore*, 67 AD3d 930 [2009]). Rivera, J.P., Florio, Dickerson and Lott, JJ., concur.